IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TAE YOUN SHIM, HUA XUE, and JI TAEK KIM,

   Plaintiffs,

vs.

MARTIN J. LAWLER, and LAWLER & LAWLER,

   Defendants.

Case No.: 3:17-cv-04920 EMC

**[~~PROPOSED~~] ORDER EXTENDING DEADLINE FOR COMPLETION OF THE EARLY NEUTRAL EVALUATION AND ADJOURNING CASE MANAGEMENT CONFERENCE SCHEDULED FOR APRIL 19, 2018**

  Good cause having been shown in the Stipulation Extending the Deadline for Completion of the Early Neutral Evaluation and Adjourning the Case Management Conference Scheduled for April 19, 2018,

  **IT IS HEREBY ORDERED** that the Early Neutral Evaluation shall be completed by June 9, 2018, and the Case Management Conference scheduled for April 19, 2018 adjourned until ~~a date after June 9, 2018 so ordered~~. June 21, 2018. Joint CMC statement due June 14, 2018.

**SO ORDERED:**

Date: 3/16/18

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen

---

1
[PROPOSED] ORDER EXTENDING ENE DEADLINE AND ADJOURNING CASE MANAGEMENT CONFERENCE
Case No. 3:17-cv-04920 EMC