IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO DIVISION

TAE YOUN SHIM, HUA XUE, and JI TAEK KIM,

    Plaintiffs,

vs.

MARTIN J. LAWLER, and LAWLER & LAWLER,

    Defendants.

Case No.: 3:17-cv-04920 EMC

~~[PROPOSED]~~ **ORDER AMENDING SELECTION OF ADR PROCESS TO MEDIATION**

Good cause having been shown in the Stipulation to Amend Selection of ADR Process From an Early Neutral Evaluation to Mediation,

**IT IS HEREBY ORDERED** that the Order dated January 9, 2018 (Dkt. No. 27) shall be Amended to reflect that the Parties have elected to engage in a mediation, pursuant to ADR L.R. 6, and that the Parties shall participate in said mediation by June 9, 2018 so ordered.

**SO ORDERED:**

Date: 6/4/18

*IT IS SO ORDERED*
Judge Edward M. Chen

---

[PROPOSED] ORDER AMENDING SELECTION OF ADR PROCESS
Case No. 3:17-cv-04920 EMC

1